CT Corporation

**Service of Process Transmittal**
02/28/2013
CT Log Number 522217937

TO: Sheron Young
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

RE: **Process Served in Tennessee**

FOR: Wal-Mart Stores East, LP (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Sylak Mary Anne and Gary A. Sylak, Pltfs. vs. Wal-Mart Stores East, L.P., etc., Dft. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Summons, Return on Service, Complaint, Exhibit(s), First Interrogatories, Certificate of Service, First Request |
| COURT/AGENCY: | Montgomery County Circuit Court, TN Case # OD130299 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - Failure to maintain premises in a safe condition - On or about February 12, 2012 plaintiff Mary Anne Sylak and her mother-in-law were invitees for the purpose of shopping at the Wal-Mart Store located at 2315 Madison Street, Clarksville, TN 37043 when Mary Anne Sylak sustained injuries as a result of falling onto the paved parking area while she was walking in the parkin lot and stumbled over a stump having the same color as the soil, mulch and plant material surrounding it |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Knoxville, TN |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/28/2013 at 09:00 |
| JURISDICTION SERVED: | Tennessee |
| APPEARANCE OR ANSWER DUE: | Within 30 days from the date this summons is served upon you - Answer Complaint // Within 45 days of Service - Answer Interrogatories, Production |
| ATTORNEY(S) / SENDER(S): | Carmack C. Shell Marks, Shell & Maness 233-A Dunbar Cave Road Clarksville, TN 37043 931-552-6000 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 02/28/2013, Expected Purge Date: 03/05/2013 Image SOP Email Notification, Scott LaScala-CT East CLS-VerificationEast@wolterskluwer.com Email Notification, Sheron Young ct.lawsuits@walmartlegal.com |
| SIGNED: | C T Corporation System |
| PER: | Amy McLaren |
| ADDRESS: | 800 S. Gay Street Suite 2021 Knoxville, TN 37929-9710 |
| TELEPHONE: | 800-592-9023 |
Page 1 of 1 / CP
Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CIRCUIT COURT OF MONTGOMERY COUNTY, TENNESSEE
## 19TH JUDICIAL DISTRICT

### SUMMONS

Mary Anne Sylak and Gary A. Sylak

_____ (PLAINTIFF)

VS.

Wal-Mart Stores East, L.P. a
Delaware limited partnership
SERVE: CT Corporation System
800 S. Gay Street, Ste. 2021
Knoxville, TN 37929 (DEFENDANT)

CASE NUMBER: 0P13-0299

FILED 13 FEB 11 PM 3:09
CHERYL J. CASTLE
CIRCUIT COURT CLERK
BY: _____

DEFENDANT TO BE SERVED BY: ___ MONTGOMERY CO. SHERIFF'S DEPARTMENT ___ SECRETARY OF STATE
___ COMMISSIONER OF INSURANCE OR OTHER (SPECIFY) Knoxville Co., Sheriffs Office

TO THE ABOVE NAMED DEFENDANT:

YOU ARE SUMMONED TO APPEAR AND DEFEND A CIVIL ACTION FILED AGAINST YOU IN CIRCUIT COURT, MONTGOMERY COUNTY, TENNESSEE, AND YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU ARE FURTHER DIRECTED TO FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW.

IN CASE OF YOUR FAILURE TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGMENT BY DEFAULT WILL BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

ISSUED: 2-12-13

CHERYL J. CASTLE
CIRCUIT COURT CLERK
MONTGOMERY CO., TN
BY: _____

ATTORNEY FOR PLAINTIFF: Carmack C. Shell
OR PLAINTIFF'S ADDRESS: 233-A Dunbar Cave Road
Clarksville, TN 37043
931-552-6000

TO THE SHERIFF: PLEASE EXECUTE THIS SUMMONS AND MAKE YOUR RETURN HEREON AS PROVIDED BY LAW.

CHERYL J. CASTLE
CIRCUIT COURT CLERK

RECEIVED THIS SUMMONS FOR SERVICE THIS 15 DAY OF Feb 2013
WC Bryant #A/31864
SHERIFF

### RETURN ON PERSONAL SERVICE OF SUMMONS

I HEREBY CERTIFY AND RETURN THAT ON THE _____ DAY OF FEB 28 2013 _____ I
_____ SERVED THIS SUMMONS AND COMPLAINT/PETITION ON Walmart Stores East LP
IN THE FOLLOWING MANNER: Ericka Fry

_____ FAILED TO SERVE THIS SUMMONS WITHIN 30 DAYS AFTER ITS ISSUANCE BECAUSE:
_____

WC Bryant #A/3186
SHERIFF/PROCESS SERVER

RETURN ON SERVICE OF SUMMONS BY MAIL

I HEREBY CERTIFY AND RETURN, THAT ON THE _____ DAY OF _____, _____ I SENT, POSTAGE PREPAID, BY REGISTERED RETURN RECEIPT MAIL OR CERTIFIED RETURN RECEIPT MAIL, A CERTIFIED COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT IN CASE NO. _____ TO THE DEFENDANT, _____. ON THE _____ DAY OF _____, _____ I RECEIVED THE RETURN RECEIPT FOR SAID REGISTERED OR CERTIFIED MAIL, WHICH HAD BEEN SIGNED BY _____ ON THE _____ DAY OF _____, _____. SAID RETURN RECEIPT IS ATTACHED TO THIS ORIGINAL SUMMONS AND BOTH DOCUMENTS ARE BEING SENT HEREWITH TO THE CIRCUIT COURT CLERK FOR FILING.

_____
PLAINTIFF, PLAINTIFF'S ATTORNEY OR
OTHER PERSON AUTHORIZED BY STATUTE
TO SERVE PROCESS

ATTACH RETURN RECEIPT HERE (IF APPLICABLE)

SWORN TO THE SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF _____, _____.

_____ NOTARY PUBLIC OR
_____ DEPUTY CLERK
MY COMMISSION EXPIRES: _____

TO THE DEFENDANT (S):
TENNESSEE LAW PROVIDES A FOUR THOUSAND DOLLAR ($4,000.00) DEBTOR'S EQUITY INTEREST PERSONAL PROPERTY EXEMPTION FROM EXECUTION OR SEIZURE TO SATISFY A JUDGMENT. IF A JUDGMENT SHOULD BE ENTERED AGAINST YOU IN THIS ACTION AND YOU WISH TO CLAIM PROPERTY AS EXEMPT, YOU MUST FILE A WRITTEN LIST, UNDER OATH, OF THE ITEMS YOU WISH TO CLAIM AS EXEMPT WITH THE CLERK OF THE COURT. THE LIST MAY BE FILED AT ANY TIME AND MAY BE CHANGED BY YOU THEREAFTER AS NECESSARY; HOWEVER, UNLESS IT IS FILED BEFORE THE JUDGMENT BECOMES FINAL, IT WILL NOT BE EFFECTIVE AS TO ANY EXECUTION OR GARNISHMENT ISSUED PRIOR TO THE FILING OF THE LIST. CERTAIN ITEMS ARE AUTOMATICALLY EXEMPT BY LAW AND DO NOT NEED TO BE LISTED; THESE INCLUDE ITEMS OF NECESSARY WEARING APPAREL (CLOTHING) FOR YOURSELF AND YOUR FAMILY AND TRUNKS OR OTHER RECEPTACLES NECESSARY TO CONTAIN SUCH APPAREL, FAMILY PORTRAITS, THE FAMILY BIBLE, AND SCHOOL BOOKS. SHOULD ANY OF THESE ITEMS BE SEIZED YOU WOULD HAVE THE RIGHT TO RECOVER THEM. IF YOU DO NOT UNDERSTAND YOUR EXEMPTION RIGHT OR HOW TO EXERCISE IT, YOU MAY WISH TO SEEK THE COUNSEL OF A LAWYER.

STATE OF TENNESSEE

COUNTY OF MONTGOMERY

(TO BE COMPLETED ONLY IF
COPY CERTIFICATION REQUIRED)

I, CHERYL J. CASTLE, CLERK OF THE CIRCUIT COURT IN THE STATE AND COUNTY AFORESAID, DO HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL SUMMONS ISSUED IN THIS CASE.
CHERYL J. CASTLE, CLERK

BY: _____ D.C.

IN THE CIRCUIT COURT

FOR MONTGOMERY COUNTY, TENNESSEE

AT CLARKSVILLE

NINETEENTH JUDICIAL DISTRICT

MC CC CV 0013-0299

| | |
|---|---|
| MARY ANNE SYLAK and GARY A. SYLAK ) | |
| ) | No. _____ |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| WAL-MART STORES EAST, L.P., ) | |
| a Delaware limited partnership ) | |
| ) | |
| Defendant ) | |

## COMPLAINT

Come now the Plaintiffs, MARY ANNE SYLAK and GARY A. SYLAK, and complain of Defendant WAL-MART STORES EAST, L.P., as follows:

1. Plaintiffs, MARY ANNE SYLAK and GARY A. SYLAK, at all times material to this complaint resided in Montgomery County, Tennessee.

2. Defendant, WAL-MART STORES EAST, L.P., is a Delaware limited partnership authorized to do business in Tennessee.

3. At all times material to this complaint, Defendant owned and operated a Wal-Mart Store, (hereafter called Wal-Mart) including a parking area located at 2315 Madison Street, Clarksville, TN 37043.

4. On February 12, 2012, Plaintiff, MARY ANNE SYLAK, along with her mother-in-law parked in the parking lot owned by the Defendant and walked toward the Wal-Mart, intending to shop there as an invitee.

5. Directly in her path between her parked car and the Wal-Mart was a large area of the parking lot containing dirt and mulch. MARY ANNE SYLAK, while walking across this area, stumbled over a stump having the same color as the soil, mulch and plant material surrounding it, causing her to fall onto the paved parking area and leaving her unable to get up without assistance.

6. The stump was unexpected and blended in with the soil, mulch and plant material surrounding it, constituting a dangerous condition. The direct and proximate cause of that dangerous condition was the failure of the Defendant to grind or remove the stump so that invitees and any other persons would not trip and fall and/or the failure of the Defendant to warn the Plaintiff or other patrons of the dangerous condition by signage or by marking or painting the stump so that it would be noticed by invitees or others entering the premises. Defendant maintained an unsafe and dangerous condition in its parking area and had adequate notice thereof. Defendant's negligence therefore was the proximate cause of the dangerous condition resulting in plaintiff, MARY ANNE SYLAK'S fall. Defendant failed to warn MARY ANNE SYLAK and other patrons of the dangerous and unsafe condition.

7. The Defendant knew or should have known that an invitee could trip and fall over the stump as it existed on the Defendant's property.

8. As a direct and proximate result of the Defendant's negligence, Plaintiff, MARY ANNE SYLAK, suffered painful and debilitating personal injuries; incurred medical and other expenses; underwent surgery, lost wages and will have the necessity to undergo further surgery in the future and will suffer additional pain, discomfort and possible permanent disability in the future.

9. The Defendant owed the Plaintiff, MARY ANNE SYLAK, a duty of reasonable care for the protection of the Plaintiff which the Defendant negligently breached. The Defendant knew or should have known about the dangerous condition, yet made no attempt to grind or to paint or mark the stump to warn the Plaintiff or other patrons of Wal-Mart of the existing dangerous condition. The Defendant negligently breached its duty of care to the Plaintiff thereby proximately causing the Plaintiff to suffer the injuries and damages herein.

10. As an itemization of her injuries, MARY ANNE SYLAK suffered cuts, abrasions and contusions on her face and body and a broken wrist and injuries to her right arm and fingers. She was taken to Gateway Medical Center in Clarksville, Tennessee on February 12, 2012, where she was treated emergently with pain medication, antibiotics, examined by an emergency physician, underwent surgical procedures on her right wrist, and CT scan. Her right arm and wrist were placed in a splint. Her treatment, bills and expenses at Gateway Medical Center are itemized on the medical bills attached hereto and marked as Exhibit "A" to the Complaint.

On February 14, 2012 she was treated by physicians at Tennessee Orthopedic Alliance for the injuries to her right wrist, a broken bone and a broken nose and underwent a surgical procedure on her right hand and wrist. She underwent x-rays and an MRI. She was given pain and other medications and a surgical procedure was preformed her wrist and arm. Her right arm was placed in a cast or splint and sling.

Her treatment, bills and expenses at Tennessee Orthopedic Alliance are itemized on the medical bill attached hereto and marked as Exhibit "B" (three (3) pages) to this Complaint.

The medical bills at Gateway Medical Center were incurred in the amount of $1,244.35 and at Tennessee Orthopedic Alliance of $2,085.08 for a total of $3,329.43 to the date of filing of this Complaint. She will incur additional medical expenses in the future.

11. As a result of the Defendant's negligence causing MARY ANNE SYLAK'S injuries, the Plaintiff GARY A. SYLAK has suffered the loss of his wife's care and companionship and consortium. Further he is responsible for his wife's medical bills.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs therefore prays:

1. For a money judgment against defendant in favor of MARY ANNE SYLAK, in the amount of $75,000.00.

2. For a money judgment against the defendant in favor of GARY A. SYLAK, in the amount of $10,000.00

3. That the costs of this cause be awarded to the Plaintiffs.

4. For such other general and different relief to which Plaintiffs may be entitled to.

Respectfully submitted,

MARKS, SHELL & MANESS

By: _____
Carmack C. Shell, BPR#003388
233-A Dunbar Cave Road
P.O. Box 1149
Clarksville, TN 37041-1149
Ph. (931)552-552-6000
Attorney for the Plaintiffs

We are the surety for costs in this cause.

MARKS, SHELL & MANESS

By: _____
Carmack C. Shell

EXHIBIT "A"

```
                    GATEWAY MEDICAL CENTER
                    651 DUNLOP LANE
                    CLARKSVILLE      TN
                    37040-5015
                    931-502-1000

 PATIENT NAME           ACCOUNT NO.    ADMIT DATE  DIS. DATE         PAGE
SYLAK MARY A            7367272         2/12/12     2/12/12             1


 6091  GUARANTOR NAME/ADDR.      F/C   INS. CO/PLANS            POLICY #
    SYLAK MARY ANNE               A    BCBS NETWORK S
    230 USSERY RD                      TRICARE FOR LIF
    CLARKSVILLE TN   37043
```

```
                                               AGE                DR. NAME
                                                56          LIKES RANDLE

      CHRG CODE    DESCRIPTION      QTY  UNIT PRICE    AMOUNT     CPT CODE
-----------------------------------------------------------------------------
 2/23/12 0000000                                       556.05CR
 2/23/12 0000001                                      2411.21CR
 2/29/12 0000000                                       375.04CR
 2/12/12 1218752  NEO/BAC/POLY PACKET   3    40.99     122.97
 2/12/12 7210103  HYDROCOD/APAP 5/325   1    17.98      17.98
 2/12/12 1612175  UE-WRIST 3V+          1   221.28     221.28     73110 RT
 2/12/12 1631523  CT-MAXILLOFACIL WO    1  1779.40    1779.40     70486
 2/12/12 1913223  INTERMEDIATE ED VIST  1   581.29     581.29     99283 25
 2/12/12 1913230  MINOR PROCEDURE       1   306.12     306.12     SURG


                        ** SUMMARY OF CHARGES **
                        ** TOTAL CHARGES      **    3029.04
                        ** TOTAL PAYMENTS     **     931.09CR
                        ** TOTAL ADJUSTMENTS  **    2411.21CR
                        ** TOTAL AMOUNT DUE   **     313.26CR
```

```
Date Printed:   01/16/2013                    TENNESSEE ORTHOPAEDIC ALLIANCE                                Page 1
Time Printed:   16:46:31                      608 NORRIS AVE

                                              NASHVILLE  TN 37204
Group#: TOA                                   Tax Id#: 62-0862316


Inv#  Servdate   Rp Dept  Dr   Fac  Ref  Proc      M1 M2  Desc         Diag 1    Ins/Comment         Amount    Resp Bal   Ins Bal
----  --------   -- ----  ---- ---- ---- --------- -- --  ------------ --------- -----------------   --------- ---------- ---------
Patient#:            SYLAK, MARY ANNE
13    02/14/13   1  CL    176  CLRK       1010             SHORT ARM CAS 813.41                        42.00       .00       .00
      06/14/12                             CCDCPMT         CRED-DBT CRDP                               -3.60
      02/29/12                             BCBSPMT         BCBS INS PMT          201202291090061         .00
      04/19/12                             CHAMPMT         CHAMPMT               60964039             -14.42
13    02/29/12                             BCBSADJ         BCBS ADJ              201202291090061      -23.47
13    04/19/12                             CHAMADJ         CHAMADJ                                     -1.51
14    02/14/12   1  CL    176  CLRK       99203       25   NEW PATIENT V 813.41                       336.00       .00       .00
      04/19/12                             CHAMPMT     25  CHAMPMT               60964039              -2.61
      02/29/12                             BCBSPMT     25  BCBS INS PMT          201202291090061     -109.78
14    02/29/12                             BCBSADJ     25  BCBS ADJ              201202291090061     -214.02
14    04/19/12                             CHAMADJ     25  CHAMADJ                                     -9.59
15    02/14/12   1  CL    176  CLRK       73110       RT   XRAY OF WRIST 813.41                       114.00       .00       .00
      02/29/12                             BCBSPMT     RT  BCBS INS PMT          201202291090061      -42.30
      04/19/12                             CHAMPMT     RT  CHAMPMT               60964039              -4.70
15    02/29/12                             BCBSADJ     RT  BCBS ADJ              201202291090061      -67.00
16    02/14/12   1  CL    176  CLRK       29075       RT   APPLIC OF    813.41                        267.00       .00       .00
      04/19/12                             CHAMPMT     RT  CHAMPMT               60964039            -134.64
      02/29/12                             BCBSPMT     RT  BCBS INS PMT          201202291090061         .00
16    02/29/12                             BCBSADJ     RT  BCBS ADJ              201202291090061     -132.36
17    02/21/12   1  CL    176  CLRK 176   99212             EST PATIENT V 813.41                      134.00       .00       .00
      04/19/12                             CHAMPMT         CHAMPMT               60964039              -4.86
      02/29/12                             BCBSPMT         BCBS INS PMT          201202291090061      -43.70
17    02/29/12                             BCBSADJ         BCBS ADJ              201202291090061      -85.44
18    02/21/12   1  CL    176  CLRK 176   73100       RT   RAD EXAM WRIS 813.41                        96.00       .00       .00
      04/19/12                             CHAMPMT     RT  CHAMPMT               60964039              -3.98
      02/29/12                             BCBSPMT     RT  BCBS INS PMT          201202291090061      -35.77
18    02/29/12                             BCBSADJ     RT  BCBS ADJ              201202291090061      -56.25
19    02/28/12   1  CL    145  CLRK 176   99212             EST PATIENT V 813.41                      134.00       .00       .00
      03/07/12                             BCBSPMT         BCBS INS PMT          201203071110052      -43.70
      04/19/12                             CHAMPMT         CHAMPMT               60964039              -4.86
19    03/07/12                             BCBSADJ         BCBS ADJ              201203071110052      -85.44
20    02/28/12   1  CL    145  CLRK 176   73100       RT   RAD EXAM WRIS 813.41                        96.00       .00       .00
      04/19/12                             CHAMPMT     RT  CHAMPMT               60964039              -3.98
      03/07/12                             BCBSPMT     RT  BCBS INS PMT          201203071110052      -35.77
20    03/07/12                             BCBSADJ     RT  BCBS ADJ              201203071110052      -56.25
21    03/27/13   1  CL    176  CLRK 176   99213             EST PATIENT V 813.41                      225.00       .00       .00
      04/04/12                             BCBSPMT         BCBS INS PMT          201204041070027      -73.62
      05/29/12                             CHAMPMT         CHAMPMT               61168619              -8.18
21    04/04/12                             BCBSADJ         BCBS ADJ              201204041070027     -143.20
22    03/27/12   1  CL    176  CLRK 176   73100       RT   RAD EXAM WRIS 813.41                        96.00       .00       .00
      05/29/12                             CHAMPMT     RT  CHAMPMT               61168619              -3.98
      04/04/12                             BCBSPMT     RT  BCBS INS PMT          201204041070027      -35.77
22    04/04/12                             BCBSADJ     RT  BCBS ADJ              201204041070027      -56.25
23    03/27/12   1  HT    150  CLRK 176   L3984-X    RT    UPP EXTR FX O 813.41                       421.00       .00       .00
      04/11/12                             BCBSPMT     RT  BCBS INS PMT          201204111130100     -334.05
      06/12/12                             CHAMPMT     RT  CHAMPMT               61248425             -37.12
23    04/11/12                             BCBSADJ     RT  BCBS ADJ              201204111130100      -49.83
24    05/09/12   1  HT    150  CLRK 176   L3923-X          HAND FNGR ORT 727.04                        80.00       .00       .00
      05/23/12                             BCBSPMT         BCBS INS PMT          201205231140077      -72.00
```

| Date | | | | | | | Desc | | Ins/Comment | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/27/12 | | | | | | CHAMPMT | CHAMPMT | | 60349493 | -0.00 |

```
Date Printed:  01/16/2013              TENNESSEE ORTHOPAEDIC ALLIANCE                          Page 2
Time Printed:  16:46:32                608 NORRIS AVE

                                       NASHVILLE  TN 37204
Group#: TOA                            Tax Id#: 62-0862316
```

| Inv# | Servdate | Rp | Dept | Dr | Fac | Ref | Proc | M1 | M2 | Desc | Diag 1 | Ins/Comment | Amount | Resp Bal | Ins Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 05/09/12 | 1 | CL | 176 | CLRK | 176 | J0670-A | | | CARBOCAINE 10 | 727.04 | | 18.00 | .00 | .00 |
| 25 | 05/23/12 | | | | | | BCBSADJ | | | BCBS ADJ | | | -18.00 | | |
| 26 | 05/09/12 | 1 | CL | 176 | CLRK | 176 | 99213 | 25 | | EST PATIENT V | 727.04 | | 225.00 | -8.18 | .00 |
| | 05/30/12 | | | | | | BCBSPMT | 25 | | BCBS INS PMT | | 201205301050057 | -73.62 | | |
| | 07/11/12 | | | | | | CHAMPMT | 25 | | CHAMPMT | | 60299414 | -0.18 | | |
| | 06/14/12 | | | | | | CCDCPMT | 25 | | CRED-DBT CRDP | | | -8.18 | | |
| 26 | 05/30/12 | | | | | | BCBSADJ | 25 | | BCBS ADJ | | 201205301050057 | -143.20 | | |
| 27 | 05/09/12 | 1 | CL | 176 | CLRK | 176 | 20550 | | | INJCTS TEN | 727.0 | | 183.00 | -9.24 | .00 |
| | 05/30/12 | | | | | | BCBSPMT | | | BCBS INS PMT | | 201305301050057 | -83.17 | | |
| | 06/14/12 | | | | | | CCDCPMT | | | CRED-DBT CRDP | | | -9.24 | | |
| | 07/11/12 | | | | | | CHAMPMT | | | CHAMPMT | | 60299414 | -9.24 | | |
| 27 | 07/11/12 | | | | | | RCC | | | RESP CORRECTI | | | .00 | | |
| 27 | 05/30/12 | | | | | | BCBSADJ | | | BCBS ADJ | | 201205301050057 | -90.59 | | |
| 28 | 05/09/12 | 1 | CL | 176 | CLRK | 176 | J3301-B | | | KENALOG 10MG/ | 727.04 | | 6.00 | .00 | .00 |
| | 05/30/12 | | | | | | BCBSPMT | | | BCBS INS PMT | | 201205301050057 | -5.40 | | |
| | 06/14/12 | | | | | | CCDCPMT | | | CRED-DBT CRDP | | | -.60 | | |
| 28 | 05/30/12 | | | | | | BCBSADJ | | | BCBS ADJ | | 201205301050057 | -.60 | | |
| 28 | 05/30/12 | | | | | | BCBSADJ | | | BCBS ADJ | | | .60 | | |
| 29 | 06/18/12 | 1 | MR | 176 | CLRK | 176 | 73221 | RT | | MRI UPP EX | 842.00 | | 1603.00 | .00 | .00 |
| | 06/27/12 | | | | | | BCBSPMT | RT | | BCBS INS PMT | | 201206271180392 | -596.21 | | |
| | 08/08/12 | | | | | | CHAMPMT | RT | | CHAMPMT | | 60401409 | -66.25 | | |
| 29 | 06/27/12 | | | | | | BCBSADJ | RT | | BCBS ADJ | | 201206271180392 | -940.54 | | |
| 30 | 06/14/12 | 1 | CL | 176 | CLRK | 176 | 99213 | | | EST PATIENT V | 842.00 | | 225.00 | .00 | .00 |
| | 08/08/12 | | | | | | CHAMPMT | | | CHAMPMT | | 60401409 | -8.18 | | |
| | 06/27/12 | | | | | | BCBSPMT | | | BCBS INS PMT | | 201206271180392 | -73.62 | | |
| 30 | 06/27/12 | | | | | | BCBSADJ | | | BCBS ADJ | | 201206271180392 | -143.20 | | |
| 31 | 07/03/12 | 1 | CL | 176 | CLRK | 176 | 99213 | | | EST PATIENT V | 813.41 | | 225.00 | .00 | .00 |
| | 08/20/12 | | | | | | CHAMPMT | | | CHAMPMT | | 60455703 | -8.18 | | |
| | 07/18/12 | | | | | | BCBSPMT | | | BCBS INS PMT | | 201207181120072 | -73.62 | | |
| 31 | 07/18/12 | | | | | | BCBSADJ | | | BCBS ADJ | | 201207181120072 | -143.20 | | |

```
    3) Patient Name 396195 SYLAK, MARY ANNE
                          --> Resp Charges :     4.20   Pays :    -21.62   Adjs :       .00   Bal Due :   -17.42
                          --> Ins  Charges :  4521.80   Pays :  -2063.46   Adjs :  -2458.34   Bal Due :      .00
                          --> Charges      :  4526.00   Pays :  -2085.08   Adjs :  -2458.34   Bal Due :   -17.42

    2) Resp Name 396195 SYLAK, MARY ANNE
                          --> Resp Charges :     4.20   Pays :    -21.62   Adjs :       .00   Bal Due :   -17.42
                          --> Ins  Charges :  4521.80   Pays :  -2063.46   Adjs :  -2458.34   Bal Due :      .00
                          --> Charges      :  4526.00   Pays :  -2085.08   Adjs :  -2458.34   Bal Due :   -17.42

    1) Group# TOA TENNESSEE ORTHOPAEDIC ALLIANCE
```

```
            --> Resp Charges :      4.20   Pays :    -21.62   Adjs :      .00   Bal Due :   -17.42
            --> Ins  Charges : 4521.80     Pays :  -2063.46   Adjs : -2458.34   Bal Due :      .00
            --> Charges      : 4526.00     Pays :  -2085.08   Adjs : -2458.34   Bal Due :   -17.42
```

Date Printed: 01/16/2013                TENNESSEE ORTHOPAEDIC ALLIANCE                              Page 3
Time Printed: 16:46:32                  600 NORRIS AVE

                                        NASHVILLE  TN 37204
Group#: TOA                             Tax Id#: 62-0562316

Inv#  Servdate  Rp Dept  Dr  Fac Ref  Proc   M1 M2 Desc      Diag 1    Ins/Comment       Amount    Resp Bal    Ins Bal
----- --------  -- ----  ---- --- --- ------ -- -- --------- --------- --------------   ---------  --------   --------

Grand Totals :               --> Resp Charges :      4.20   Pays :    -21.62   Adjs :      .00   Bal Due :   -17.42
                             --> Ins  Charges :   4521.00   Pays :  -2063.46   Adjs : -2458.34   Bal Due :      .00
                             --> Charges      :   4526.00   Pays :  -2085.08   Adjs : -2458.34   Bal Due :   -17.42

Parameters Used To Select This Report :
REPORT OPTION           : Detail
FREELINE OPTION         : No Freelines
ADDITIONAL DATA OPTION  : No Additional Information
First Selection Parameters:
Inv#                              In Range   13,31

CPT copyright 2009 American Medical Association. All rights reserved.

Case 3:13-cv-00275   Document 1-1   Filed 03/27/13   Page 11 of 11 PageID #: 14