# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY ANNE SYLAK and<br>GARY A. SYLAK, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | No. 3:13-CV-0275 |
| | ) | JUDGE TRAUGER |
| WAL-MART STORES EAST, L.P., | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | JURY DEMANDED |
| DEFENDANT. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the

above-captioned action is voluntarily dismissed, without prejudice against the defendant

pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.


MOSELEY & MOSELEY
Attorneys at Law

By: s/James Bryan Moseley
      James Bryan Moseley, No. 21236
Attorney for Plaintiffs

237 Castlewood Drive, Suite D
Murfreesboro, Tennessee 37129
(615) 254-0140
Fax: (615) 244-2270
bryan.moseley@moseleylawfirm.com

HOWELL & FISHER, PLLC

s/Susan VanDyke
G. Andrew Rowlett, No. 16277
Susan Van Dyke, No. 23070

Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of November, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record indicated on the electronic filing receipt. All other counsel of record, if any, will be served by regular U.S. Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

s/ James Bryan Moseley
James Bryan Moseley

Copy to:     Client